United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **SANDRA YANETH FRANCO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-118** |
| | § | |
| **KRISTI NOEM, ET AL.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Federal Respondents' Motion to Reconsider. (Dkt. No. 11). In light of the Fifth Circuit's recent decision in *Buenrostro-Mendez v. Bondi*, — F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), Respondents ask the Court to reconsider its prior Order. (Dkt. No. 11). The Court, in its prior Order, (Dkt. No. 9), granted the petition in part and ordered Respondents to provide Petitioner a bond hearing or release him by February 10, 2026. (*Id.* at 7).

Generally, a party has 21 days to file a response to an opposed motion. *See* S.D. Tex. L.R. 7.3 & 7.4.A. However, "[t]he Court may in its discretion, on its own motion or upon application, entertain and decide any motion, shorten or extend time periods, and request or permit additional authority or supporting material." S.D. Tex. L.R. 7.8; *Molina v. Equistar Chemicals LP*, 261 F. App'x 729, 734 n.3 (5th Cir. 2008) (citing to former Southern District of Texas Local Rule 7.3 for the proposition that the Court may shorten the 21-day motion response deadline).

The Court now **ORDERS** Petitioner to respond to Federal Respondents' Motion to Reconsider, (Dkt. No. 11), by **February 18, 2026.**

It is so **ORDERED**.

**SIGNED** on February 13, 2026.

John A. Kazen
United States District Judge